UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LUIZ GUZMAN DIAZ,

    Plaintiff,

v.

GREAT LOGICS, INC.,

    Defendant.

Case No. 18-cv-12128
Hon. Matthew F. Leitman

_____/

**ORDER TO APPEAR FOR STATUS CONFERENCE
AND TO SERVE ORDER ON DEFENDANT**

Counsel for Defendant has submitted a proposed order allowing him to withdraw as counsel. The Court is not willing to enter the proposed order without holding an on-the-record proceeding to discuss the proposed withdrawal and its impact on the proceedings. Accordingly, IT IS HEREBY ORDERED THAT:

1. Defense counsel and at least one of the Plaintiff's attorneys shall personally appear for a status conference on Thursday, February 6, 2020 at 11:00 a.m. The status conference will be held at the United States Courthouse in **Flint, Michigan** (600 Church Street, Flint, 48502).

2. Vikram Sagar Pasala shall also personally appear for the status conference on Thursday, February 6, 2020 at 11:00 a.m.

3. Defense counsel shall serve a copy of this order on Vikram Sagar Pasala by not later than the close of business on January 29, 2020.

4. By not later than the close of business on January 31, 2020, Defense counsel shall efile a certificate of service confirming that he has served Vikram Sagar Pasala with a copy of this order.

5. Failure of counsel for either party or Vikram Sagar Pasala to appear as required may result in entry of a default, a default judgment, or an order of dismissal.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 24, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 24, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764