UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUIS GUZMAN DIAZ,

      Plaintiff,                                  Case No. 18-cv-12128

v.                                                          Hon. Matthew F. Leitman

GREAT LOGICS, INC.,

      Defendant.

_____/

## ORDER ON STATUS CONFERENCE

The Court held an on-the-record status conference in this action on February 6, 2020. For the reasons stated on the record during that conference, **IT IS HEREBY ORDERED** as follows:

- All dates in the current case management and scheduling order (ECF No. 16) are **ADJOURNED**;

- Plaintiff's motions *in limine* (ECF Nos. 22, 23) are **TERMINATED WITHOUT PREJUDICE AS MOOT**. Plaintiff may re-file these motions as appropriate at a later stage of this action.

- The oral motion of attorney Blake P. Lipman, attorney of record for Defendant Great Logics Inc., to withdraw as counsel for Great Logics is **GRANTED**;

- Great Logics shall retain new counsel and have that counsel file an appearance with the Court by no later than **March 23, 2020**. If an attorney does not file

1

an appearance on Great Logics' behalf by that date, the Court may enter a default and/or a default judgment against Great Logics;

- Plaintiff shall file a motion for leave to file a First Amended Complaint by no later than **March 6, 2020**;

- Plaintiff shall serve the motion for leave on Vikram Pasala at the address stated on the record during the conference; and

- Any response(s) to Plaintiff's motion for leave shall be filed by no later than **April 17, 2020.**

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 6, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 6, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764