UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUIS GUZMAN DIAZ,

      Plaintiff,                                   Case No. 18-cv-12128
                                                       Hon. Matthew F. Leitman
v.

GREAT LOGICS, INC.,

      Defendant.
_____/

## ORDER REQUIRING PERSONAL APPEARANCE
## AT FINAL PRE-TRIAL CONFERENCE

In the Court's Case Management Order entered on January 8, 2019, the Court required that both Plaintiff Luis Guzman Diaz and a representative for Defendant Great Logics, Inc. "with full and final settlement authority" personally appear at the Final Pre-Trial Conference. (Order, ECF No. 16, PageID.82.) The Final Pre-Trial Conference has now been scheduled for May 25, 2022. (*See* Notice, ECF No. 53.) In accordance with the Court's earlier Case Management Order, the Court **DIRECTS** that both Guzman Diaz and Vikram Sugar Pasala, the Chief Executive Officer of Great Logics, shall personally appear at the Final Pre-Trial Conference.

    **IT IS SO ORDERED**.

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
Dated: May 12, 2022              UNITED STATES DISTRICT JUDGE

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 12, 2022, by electronic means and/or ordinary mail.

                                         s/Holly A. Ryan
                                         Case Manager
                                         (313) 234-5126