UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUIS GUZMAN DIAZ,

       Plaintiff,                                              Case No. 18-cv-12128
                                                      Hon. Matthew F. Leitman

v.

GREAT LOGICS, INC.,

       Defendant.

_____/

## ORDER ADMINISTRATIVELY TERMINATING
## PENDING MOTIONS (ECF Nos. 40, 41, 42, AND 56)

On May 25, 2022, the parties appeared for a Final Pre-Trial Conference in this action. At that conference, the parties reached a settlement and placed the terms of the settlement on the record. Based on the parties' settlement, the Court **TERMINATES AS MOOT** all of the outstanding motions in this action (ECF Nos. 40, 41, 42, and 56).

    **IT IS SO ORDERED.**

                                     s/Matthew F. Leitman
                                     MATTHEW F. LEITMAN
Dated:  June 24, 2022              UNITED STATES DISTRICT JUDGE

1

I hereby certify that a copy of the foregoing  document was served upon the parties and/or counsel of record on June 24, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126